IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIRK D. MATELYAN | * |
| Plaintiff, | * |
| v. | * Civil No. **PJM 10-2626** |
| SAGE DINING SERVICES, Inc. | * |
| Defendant. | * |

### FINAL ORDER OF JUDGMENT

Upon consideration of Plaintiff Kirk Matelyan's Motion to Reconsider [Paper No. 76] and Renewed Motion to Compel Discovery [Paper No. 77], and Defendant SAGE Dining Services, Inc.'s Opposition thereto, as well as Defendant's Renewed Motion for Summary Judgment [Paper No. 63] and Plaintiff's Opposition thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 24th day of August, 2012

**ORDERED**

1. Plaintiff's Motion to Reconsider [Paper No. 76] and Renewed Motion to Compel Discovery [Paper No. 77] are **DENIED**;

2. Defendant's Renewed Motion for Summary Judgment [Paper No. 63] is **GRANTED**;

3. Final Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

4. The Clerk of the Court is directed to **CLOSE** this case.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE