FILED: April 23, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2281
(8:10-cv-02626-PJM)
_____

KIRK D. MATELYAN

      Plaintiff - Appellant

v.

SAGE DINING SERVICES

      Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 4/1/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*